MACHINERY, INC., et. al., Plaintiffs/Respondents,

v.

HALE DESIGN/BUILD, INC., Defendant/Appellant.

No. 71841.

Missouri Court of Appeals, Eastern District, Division Five.

March 3, 1998.

Motion for Rehearing and/or Transfer to Supreme Court Denied April 29, 1997.

William James O'Herin, Florissant, for defendant/appellant.

Gregory P. White, Clayton, Richard Felix Huck, II, Michael Elliot Wilson, St. Louis, for plaintiffs/respondents.

Before CRAHAN, C.J., and RICHARD B. TEITELMAN, J. and CHARLES B. BLACKMAR, Senior Judge.

*ORDER*

PER CURIAM.

Subcontractor appeals the judgment granting motion to enforce its settlement with contractor and owner. We have reviewed the briefs of the parties and the record on appeal and find no error of law. An extended opinion would have no precedential value. However, the parties have been furnished with a memorandum opinion, for their information only, setting forth the reasons for this order. The judgment is affirmed in accordance with Rule 84.16(b).

Reginald BULLOCK, Defendant–Movant,

v.

STATE of Missouri, Plaintiff–Respondent.

No. 72219.

Missouri Court of Appeals, Eastern District, Division Four.

March 3, 1998.

Motion for Rehearing and/or Transfer to Supreme Court Denied April 29, 1997.

Dave Hemingway, Asst. Sp. Public Defender, St. Louis, for defendant-movant.

Jeremiah W. (Jay) Nixon, Atty. Gen., Jill C. LaHue, Asst. Atty. Gen., Jefferson City, for plaintiff-respondent.

Before ROBERT G. DOWD, Jr., P.J., and SIMON and HOFF, JJ.

**ORDER**

PER CURIAM.

Reginald Bullock, Movant, appeals the denial of his Rule 24.035 motion for postconviction relief on the grounds that the motion court erred in denying his request for an evidentiary hearing.

We have reviewed the briefs of the parties, the legal file and the record on appeal and find the claims of error to be without merit. The motion court's findings of fact and conclusions of law are not clearly erroneous. An extended opinion reciting the detailed facts and restating the principles of law would have no precedential or jurisprudential value. Judgment affirmed in accordance with Rule 84.16(b).